UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

DUNIA PIROT,

              Defendant.
_____

**22-CR-73-WMS**

**SENTENCING MEMORANDUM**

      Ms. Dunia Pirot was sentenced before this Court on May 24, 2023. Attached as Exhibit A is a letter of acceptance from Ms. Pirot that was read at the time of sentencing.

**DATED**:        Buffalo, New York, May 24, 2023

                                        Respectfully submitted,

                                        **/s/  Jeffrey T. Bagley**
                                        Jeffrey T. Bagley
                                        Assistant Federal Public Defender
                                        Federal Public Defender's Office
                                        300 Pearl Street, Suite 200
                                        Buffalo, New York 14202
                                        (716) 551-3341, (716) 551-3346 (Fax)
                                        jeffrey_bagley@fd.org
                                        Counsel for Defendant Dunia Pirot

**TO:**    Michael DiGiacomo
         Assistant United States Attorney

         Tina Blackman
         United States Probation Officer