**EXHIBIT A**

Dear buffalo NY law enforcement,

My name is Dunai Pirot from Smyrna TN, first and foremost I am asking for forgiveness especially that officer I hurt him, "I am so sorry the day I hurt you ", I was in pain, suffering, and confusion, because I didn't understand what the police officer was telling me to do and as a result, I didn't cooperate accordingly,

Right now, I am the single mother of two sweet girls (Dia and Sia) , one of them were born in the United States of America and Dia were born in Kurdistan, and I am also a student in community college at Motlow, trying to improve my English and get a degree alongside my work as daycare, so I am one of many people in the world who wish to come to the United States of America, because of the law and security, so please your honor if I have any chance for forgiveness, and I promise I will never do this again,

Thank you for your mercy and kindness

Thanks a lot

Dunai Pirot

Tuesday, April 11, 2023